**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **ROBERT SHERMAN NIX, III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-cv-30 |
| ) | (Phillips/Shirley) |
| **UNITED STATES OF AMERICA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT ON DECISION BY THE COURT**

The case came before the court on the Report and Recommendation of the Honorable C. Clifford Shirley, United States Magistrate Judge. The Honorable Thomas W. Phillips, United States District Judge, having accepted the Report and Recommendation in whole,

**IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e).

**IT IS SO ORDERED**.

**ENTER:**

                        s/ Patricia L. McNutt
                           Clerk of Court